UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

JOHN DOE, on behalf of his minor child, SARAH DOE

        Plaintiffs,

                Civil Action No.: 2:25-cv-06214

vs.

OCEANSIDE UNION FREE SCHOOL DISTRICT,
DR. PHYLLIS S. HARRINGTON, JULIE MCGAHAN
DR. J. DEROSE, and ANTWAN HASKOOR, M.D.,

        Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiffs, JOHN DOE and SARAH DOE, by and through their undersigned counsel, hereby voluntarily dismiss this action against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**PLEASE TAKE FURTHER NOTICE** that:

1. Defendants have not served an Answer to the Complaint; and

2. Defendants have not served a Motion for Summary Judgment.

Accordingly, dismissal of this action is effective immediately upon the filing of this Notice, without order of the Court.

Dated: January 13, 2026

Respectfully submitted,

**Davenport Law PLLC**

*/s/ Chad A. Davenport*

Chad A. Davenport, Esq.
*Attorney for Plaintiffs*
Davenport Law PLLC

6384 Deanna Drive
Hamburg, NY 14075
(716) 217-0328
cdavenport@davenport.law